IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIMON TERRY JEFFERY, | § | |
| TDCJ #283045, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-3527 |
| | § | |
| RISSIE OWENS, *et al.*, | § | |
|     Defendants. | § | |

### FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order of Dismissal* of even date, this case is **DISMISSED**, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on **October 17, 2005.**

_____
Nancy F. Atlas
United States District Judge